UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **KYANA MICHELLE HUNTER,** | : | 18 U.S.C. § 656 |
| | : | (Bank Embezzlement) |
| **Defendant.** | | |

### CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

I.   Introduction

1. Industrial Bank of Washington (IBW) was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. On or about April of 2001, the defendant, KYANA MICHELLE HUNTER, was employed as a teller at IBW, located at 4812 Georgia Avenue, N.W., Washington, DC.

3. The defendant KYANA MICHELLE HUNTER'S responsibilities at IBW consisted primarily of servicing customers at the teller line.

4. In order to complete her duties as a teller, the defendant KYANA MICHELLE HUNTER had the ability to issue and cash cashier's checks in the names of customers with accounts at IBW.

II.   Embezzlement scheme

5. On or about April 30, 2001, in the District of Columbia, the defendant KYANA MICHELLE HUNTER did embezzle funds from IBW by issuing a cashier's check in the name of an IBW customer without the customer's knowledge or authorization, cashing the check, and taking the proceeds from that check for her own use.

6. On or about April 30, 2001, within the District of Columbia, the defendant KYANA MICHELLE HUNTER, being an employee of IBW, with the intent to injure and defraud IBW, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, did knowingly and willfully embezzle, abstract and purloin monies and funds belonging to IBW and pledged and otherwise to its care.

(**Bank Embezzlement**, in violation of Title 18, United States Code, Section 656)

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

BY: _____
STEVEN B. WASSERMAN
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room #4241
Washington, DC 20530
(202) 307-0031
Bar # 453-251