IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-188M |
| | : |
| v. | : |
| | : VIOLATION: |
| KYANA MICHELLE HUNTER, | : |
| | : |
| Defendant. | : 18 U.S.C. § 656 |
| | : (Bank Embezzlement) |

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSES:

    A.  The essential elements of the offense of Bank Embezzlement, in violation of 18 U.S.C. §656 are:

        1.  The defendant was an officer, director, agent, employee, or connected, in some capacity, with the Industrial Bank of Washington;

        2.  The Industrial Bank of Washington was a Federal Reserve bank, member bank, national bank or insured bank;

        3.  The defendant embezzled or wilfully misapplied the monies, funds or credits of the bank; and

        4.  The defendant did so with the intent to injure or defraud the bank.

II. COPY OF THE PLEA AGREEMENT AND STATEMENT OF THE OFFENSE:

A copy of the plea agreement and Statement of the Offense, not yet executed by the defendant, are attached.

III. PENALTIES:

  A. Pursuant to 18 U.S.C. § 656, the offense of Bank Embezzlement carries a penalty of a term of imprisonment of not more than 1 year, a fine of not more than $100,000, and a term of supervised release of not more than 1 year.

Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney

_____
STEVEN B. WASSERMAN
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.   Room #4241
Washington, DC 20530
(202) 307-0031; Fax: 514-8707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Rita Bosworth, Esq., this 26th day of April, 2006.

_____
Steven Wasserman
Assistant United States Attorney