IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 06-188M |
| | : |
| v. | : |
| | : VIOLATION: |
| **KYANA MICHELLE HUNTER,** | : |
| | : |
| Defendant. | : 18 U.S.C. § 656 |
| | : (Bank Embezzlement) |

### STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that defendant Kyana Michelle Hunter committed the offense of Bank Embezzlement, in violation of 18 U.S.C. § 656.

### Bank Embezzlement

On or about April 30, 2001, the defendant worked as a teller at the Industrial Bank of Washington (IBW) located 4812 Georgia Avenue, NW, Washington, DC. As a teller at IBW, the defendant's responsibilities consisted primarily of servicing customers at the teller line. As part of her duties as a teller, the defendant had the ability to issue and cash cashier's checks in the names of customers with accounts at IBW.

On or about April 30, 2001, the defendant issued a cashier's check in the name of Larry Smith in the amount of $3,000. The defendant then endorsed the check by forging the customer's signature on the back of the check, and placing her own initials on the front of the check. The

defendant then cashed the check and converted the funds to her own personal use.

In January of 2006, the defendant submitted to an interview at the Washington Field Office, Federal Bureau of Investigation.  During the interview, the defendant admitted that she had issued and cashed the cashier's check on April 30, 2001, without the authorization and knowledge of the customer, and used the money to purchase clothing for an individual with whom she was involved in a romantic relationship.  The defendant provided a handwritten statement to the FBI, in which she admitted to unlawfully embezzling the funds from the cashier's check, which totaled $3,000.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete statement of all facts and events related to this offense.  The limited purpose of the factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the aforementioned offense, which is charged in the information.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

STEVEN B. WASSERMAN
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.   Room #4241
Washington, DC 20530
(202) 307-0031; Fax: 353-9414
Bar # 453-251

**Defendant's Acceptance of Statement of the Offense**

  I have read this Statement of the Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_____   _____
Date               KYANA MICHELLE HUNTER
                   Defendant


**Defense Counsel's Acknowledgment**

  I am Ricardo Romero-Martinez's attorney. I have reviewed every part of this Statement of the Offense with him. It accurately and completely sets forth the Statement of the Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_____   _____
Date               RITA BOSWORTH. Esq.
                   Counsel for Kyana Michelle Hunter