# United States District Court

*for the* DISTRICT OF *Columbia*

UNITED STATES OF AMERICA

V.

*Ryana Michelle Hunter*

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE**

CASE NUMBER: *06-1887-01*

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:  Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

**FILED**

MAY 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

x *Ryana Hunter*
                                    ,
                                Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:  Waive (give up) my right to trial by jury.**   *Ryana Hunter*
                                                        Defendant

Consented to by United States *Steven Wassman*
                                            Signature
*Steven Wassman, AUSA*
                            Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:  Waive (give up) my right to have at least thirty days to prepare for trial.**

x *Ryana Hunter*
                                    ,
                                Defendant

*Rita Bosworth*
Defendant's Attorney (if any)

Approved By: _____
                        U.S. Magistrate

*May 5 2006*
                Date