AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_for the_ DISTRICT OF _Columbia_

**FILED**

MAY 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

_Kyana Michelle Hunter_

## WAIVER OF INDICTMENT

CASE NUMBER: _06-188M-01_

I, ___Kyana Hunter___, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___May 5, 2006___ prosecution by indictment and consent that the
_Date_

proceeding may be by information rather than by indictment.

_Kyana Hunter_
_Defendant_

_Rita Bosworth_
_Counsel for Defendant_

Before ___Alan Kay___ USMJ