HONORABLE ALAN KAY, UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-188M |
| --- | --- | --- |
| vs. | : | SSN: |
| HUNTER, Kyana | : | Disclosure Date: July 28, 2006 |

FILED

SEP 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                                       **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Kyana Hunter_  8/2/06    _Rita Bosworth_  8/2/06
**Defendant**          **Date**         **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 11, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

Receipt and Acknowledgment                                      Page 2

Page 4, #13: Ms. Hunter objects to the assertion in the second sentence that "she did not want to provide an additional statement." This should be changed to: "Her attorney advised her not to provide an additional statement."

Page 8, ¶45: On the third line, "his" should be "her"

¶45: Ms. Hunter will be faxing copies of her earning statements on 8/2/06. As such, the assertion that she "has failed to do so" should be removed.

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 8/2/06