PROB 12A-DC
(Rev 03/07)

FILED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Kyana Hunter**                                   Docket No.: **CR 06-188M-01**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violation of Probation)

COMES NOW **Toyinka Taylor**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kyana Hunter**, who was placed on Probation by the Honorable Alan Kay, United States Magistrate Judge, sitting in the Court at Washington, D.C., on the **8th** day of **September**, **2006**, who fixed the period of Supervised Release at **36** months, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Complete 150 hours of community service during her period of probation, as directed by the Probation Office;

2. Provide the Probation Office with her income tax returns, authorization for release of credit information, and any other business or financial information in which she has a control or interest;

3. Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the Probation Office;

4. Defendant shall pay the balance of any restitution owed at a rate of no less than $100 per month, and provide verification of those payments to the Probation Office;

5. Defendant shall be restricted from engaging in employment as a bank teller for the duration of her probation supervision;

6. Defendant shall pay a $25.00 special assessment and $3000 in restitution.

Having pled guilty to Bank Embezzlement on September 8, 2006, Ms. Hunter was sentenced by Your Honor to 36 months probation. Supervision commenced September 8, 2006, and expires September 7, 2009.

HUNTER, Kyana
Docket No.: 06-188M-01
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Alleged Violation of Probation</u>

1. The defendant shall pay the balance of any restitution owed at a rate of no less than $100.00 a month, and provide verification of those payments to the Probation Office. (Special Condition #4)

Respectfully submitted,

*[signature]*
Toyinka Taylor
United States Probation Officer
(202) 565-1414

Approved By: _____
Anthony K. Hill, Supervising
United States Probation Officer

HUNTER, Kyana
Docket No.: 06-188M-01
Page 3

PRAYING THE COURT WILL ORDER a hearing on violation. Should Your Honor concur, the attached Order has been prepared.

_____
Alan Kay
United States Magistrate Judge

_12-10-07_____
Date