# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF COLUMBIA

**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Kyana Hunter**                    Docket No.: **CR 06-188M-01**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Kyana Hunter** on *Jan. 8th* at *10:00 AM*.

## ORDER OF COURT

Considered and ordered this _____ *10* _____ day of ___*December*___, 2007.

_____
Alan Kay
**United States Magistrate Judge**